■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES FREEMAN, Appellant.— Defendant appeals from a judgment of the County Court of Kings County, rendered April 24, 1958, convicting him of the crime of manslaughter in the first degree, after a jury trial, and sentencing him to imprisonment for a term of 7½ to 15 years. Judgment affirmed. We agree

with defendant's attorney that the trial was not free of error, but in our opinion such error must be disregarded, on consideration of the entire record (Code Crim. Pro., § 542). Nolan, P. J., Beldock, Christ and Pette, JJ., concur.